# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| THE STATE OF COLORADO, by and through the Colorado Department of Natural Resources, the Division of Parks and Wildlife, and the Parks and Wildlife Commission,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, DANIEL ASHE, in his official capacity as Director of the United States Fish and Wildlife Service, and SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior,<br><br>Defendants | Civil Action No. 1:15-cv-286 |

## ENTRY OF APPEARANCE

To: The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff, the State of Colorado, by and through the Colorado Department of Natural Resources, the Division of Parks and Wildlife, and the Parks and Wildlife Commission.

DATED at Denver, Colorado this 19th day of February, 2015.

CYNTHIA H. COFFMAN
Attorney General

*s/ Frederick R. Yarger*
FREDERICK R. YARGER
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 7th Floor
Denver, Colorado 80203
Phone: (720) 508-6168 (direct)
E-Mail: fred.yarger@state.co.us
*Counsel for Plaintiff State of Colorado*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 19th, 2014, I electronically transmitted the attached **Entry of Appearance** to the Clerk of the Court using the ECF System for filing.

*s/ Lisa A. Reynolds*
Lisa A. Reynolds