IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-00286-LTB-STV

THE STATE OF COLORADO by and through the Colorado Department of Natural Resources, the Division of Parks and Wildlife, and the Parks and Wildlife Commission,
Plaintiff

v.

UNITED STATES FISH AND WILDLIFE SERVICE,
DANIEL ASHE, in his official capacity as Director of the United States Fish and
    Wildlife Service,
SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior,
Defendants

---

MOTION FOR TRANSFER OF DOCUMENTS FROM THE CONSOLIDATED LEAD CASE, CIVIL ACTION NO. 1:15-CV-00130, TO CIVIL ACTION NO. 1:15-CV-00286 AND FOR RESTORATION OF PARTIES TO DOCKET FOR 1:15-CV-00286 AND TO ECF LIST FOR THAT CASE

---

Petitioner the State of Colorado (Colorado) respectfully requests that the documents pertaining to Civil Action No. 1:15-cv-286 filed in Civil Action No. 1:15-cv-130 pursuant to a previous Court order of consolidation be transferred over to the file for Civil Action No. 1:15-cv-286. In addition, Colorado requests that petitioner-intervenors and defendant-intervenors be restored to party status in 1:15-cv-00286 and be restored to the ECF list for that case.

In support of this request, Colorado states the following:

1. On November 20, 2014, the Gunnison sage-grouse (*Centrocercus minimus*) was listed by the U.S. Fish and Wildlife Service as a threatened species (79 Fed. Reg. 69,192 (Nov. 20, 2014)) pursuant to the Endangered Species Act, 16 U.S.C. §§ 1531-1544. As a result of this determination three lawsuits were filed in the U.S. District Court for the District of Colorado: Civil Action Nos: 1:15-cv-00130, 1:15-cv-00131, and 1:15-cv-00286 ("Gunnison sage-grouse Lawsuits").

2. On April 30, 2015, a Joint Motion to Consolidate was filed in the Gunnison sage-grouse Lawsuits. See 1:15-cv-00130, ECF No. 13; 1:15-cv-00131, ECF No. 14; 1:15-cv-00286, ECF No. 8. See also Exhibit "A" attached hereto and incorporated herein by reference. Thereafter an order was entered by the Court on May 1, 2015 consolidating the Gunnison sage-grouse Lawsuits. See 1:15-cv-00130, ECF No. 12; 1:15-cv-00131, ECF No. 16; and 1:15-cv-00286, ECF No. 10. See also Exhibit "B" attached hereto and incorporated herein by reference.

3. On May 15, 2015, the Court entered an order identifying 1:15-cv-130 as the "Lead Case" and specifying case caption and filing procedures in the consolidated actions. The order further directed that all subsequent filings in any of the three consolidated cases should be filed in the lead case, Civil Action No. 1:15-cv-00130. See 1:15-cv-00130, ECF No. 18; 1:15-cv-00131, ECF No. 20; 1:15-cv-00286, ECF No. 13. See also Exhibit "C" attached hereto and incorporated herein by

reference. From that date until April 30, 2018, all documents, including those pertaining to Civil Action No. 1:15-cv-00286, were filed under the lead case, Civil Action No. 1:15-cv-00130.

    4. After the Court's May 15, 2015 order, several parties filed motions to intervene in Civil Action No. 1:15-cv-00286 (captioned *State of Colorado v. U.S. Fish and Wildlife Service.*) Although these pleadings pertained only to 1:15-cv-00286, they were filed in the lead case (Civil Action No. 1:15-cv-00130) as directed by the Court.

a) Gunnison County, Colorado and the Gunnison County Stockgrowers' Association sought to intervene as petitioner-intervenors in Civil Action No. 1:15-cv-0286 and that motion was granted. See 1:15-cv-00130, ECF Nos. 23 and 24.

b) The State of Utah and San Juan County, Utah also moved to intervene as petitioner-intervenors in Civil Action No. 1:15-cv-00286 and that motion was granted. See 1:15-cv-00130, ECF Nos. 34 and 44.

c) In addition, WildEarth Guardians and Clait E. Braun filed a motion to intervene as defendant-intervenors in Civil Action No. 1:15-cv-00286 and that motion was granted. See 1:15-cv-00130, ECF Nos. 28 and 29.

d) The Center for Biological Diversity and Western Watersheds Project filed a motion to intervene as defendant-intervenors in Civil Action No. 1:15-cv-00286 and that motion was granted. See 1:15-cv-00130, ECF Nos. 36 and 46.

5. The complete list of parties in 1:15-cv-00286 thus includes the State of Colorado (petitioner); the State of Utah, San Juan County, Utah, Gunnison County, Colorado, and the Gunnison County Stockgrowers' Association as petitioner-intervenors; the U.S. Fish & Wildlife Service, Daniel Ashe, and Sally Jewell as defendants; and WildEarth Guardians, Clait E. Braun, the Center for Biological Diversity, and Western Watersheds Project as defendant-intervenors.

6. On April 24, 2018, a settlement stipulation was filed by the U.S. Fish and Wildlife Service and the petitioners in Civil Action Nos. 1:15-cv-00130 and 1:15-cv-00131. On April 30, 2018, the Court entered an order acknowledging the stipulation, administratively closing those two cases (Civil Action Nos. 1:15-cv-00130 and 1:15-cv-00131), and explicitly severing the only remaining active case (Civil Action No. 1:15-cv-00286).  The Court's order vacated the previous order of consolidation as to Civil Action No. 1:15-cv-00286 and ordered that all further filings should be filed under that individual case number. See 1:15-cv-00130, ECF No. 176; 1:15-cv-00131, ECF No. 27; 1:15-cv-00286, ECF No. 19. See Exhibit "D" attached hereto and incorporated herein by reference.

7. Following the Court's April 24, 2018 order severing the cases, there was an inadvertent administrative error. The parties that had been granted intervention in Civil Action No. 1:15-cv-00286 (specifically the State of Utah; San Juan County, Utah; Gunnison County, Colorado; Gunnison County Stockgrowers' Association; Center for Biological Diversity and Western Watersheds Project; and WildEarth Guardians and Clait E. Braun) are no longer identified as parties and are no longer receiving ECF filing notices in Civil Action No. 1:15-cv-00286. The parties involved will be unduly prejudiced without notification of filings through ECF in Civil Action No. 1:15-cv-00286.

8. In addition, the filings made in Civil Action No. 1:15-cv-00130 but pertaining to the only remaining active case (Civil Action No. 1:15-cv-00286) were never transferred from the lead case (Civil Action No. 1:15-cv-00130) into Civil Action No. 1:15-cv-00286. Consequently the docket for 1:15-cv-00286, which is fully briefed and awaiting judgment by the Court, has virtually no documents filed after July 31, 2015. Counsel for Colorado inquired with the clerk of the Court how to remedy this, and was informed that this motion should be filed requesting that the appropriate documents be transferred into the docket for 00286. The filings that should be transferred comprise all documents that were filed with the notation that they applied either (a) only to 00286 or (b) to all of the consolidated cases.

9. All of the filings made in the lead case (Civil Action No. 1:15-cv-00130) are identified in Exhibit "E" to this motion. Of these filings, and using the ECF document numbers from Exhibit "E", we request that the following documents be transferred to Civil Action No. 1:15-cv-00286:

13, 16, 17, 18, 19, 20, 21, 22, 23, 24, 41, 27, 28, 29, 30, 31, 32, 34, 35, 36, 37, 38, 40, 44, 45, 46, 47, 48, 49, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 70, 71, 72, 73, 74, 75, 76, 77, 78, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 103, 104, 105, 106, 107, 108, 109, 111, 112, 113, 114, 119, 120, 121, 122, 123, 124, 125, 126, 127, 130, 131, 132, 133, 134, 135, 136, 137, 138, 140, 141, 143, 146, 147, 148, 149, 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 162, 164, 166, 167, 168, 169, 170, 171, 172, 174, 176.

The instant case, Civil Action No: 1:15-cv-00286 has been fully briefed. This transfer of these documents from the lead case (Civil Action No. 1:15-cv-00130) to the remaining active case (Civil Action No. 1:15-cv-00286) is essential because if the filings and briefings pertinent to Civil Action No. 1:15-cv-00286 are not available to the Court, there is no record upon which rulings can be based.

10. Without the relief requested, the Court will not have the essential filings before it and parties already granted intervention will be excluded from notice and participation in the remaining active case, Civil Action No: 1:15-cv-00286.

Accordingly, Colorado requests this Honorable Court to enter an order directing the Court's administration to transfer all documents identified in paragraph 9 herein from the former lead consolidated case (Civil Action No. 1:15-cv-00130) to the remaining active case (Civil Action No. 1:15-cv-00286). Further, Colorado requests that all parties participating in Civil Action No. 1:15-cv-00286 be listed and included in Civil Action No. 1:15-cv-00286 for future ECF filings.

RESPECTFULLY submitted this 20th day of July, 2018.

> CYNTHIA H. COFFMAN
> Attorney General
>
> */s/ Lisa A. Reynolds*
> FREDERICK R. YARGER
> Solicitor General
> LISA A. REYNOLDS
> First Assistant Attorney General
> Ralph L. Carr Colorado Judicial Center
> 1300 Broadway, 7th Floor
> Denver, Colorado 80203
> Telephone: (720) 508-6252
> E-Mail: lisa.reynolds@coag.gov
>
> *Counsel for Petitioner State of Colorado*

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of July, 2018, I electronically filed the foregoing JOINT MOTION FOR TRANSFER OF DOCUMENTS FROM THE CONSOLIDATED LEAD CASE, CIVIL ACTION NO. 1:15-cv-00130 TO CIVIL ACTION NO. 1:15-cv-00286 AND FOR RESTORATION OF PARTIES TO DOCKET FOR 1:15-CV-00286 AND TO ECF LIST FOR THAT CASE with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to counsel for Federal Defendants.  In addition, I served via email all petitioner-intervenors and defendant-intervenors listed in paragraph 5 of this motion because until this motion is granted and acted upon, they will not be notified of this filing via ECF.

　　　　　　　　　　　　　　　　　　　　　/s/ Lisa A. Reynolds

## CERTIFICATE REGARDING COMPLIANCE WITH LOCAL RULE 7.1 DUTY TO CONFER

Pursuant to D.C.COLO.LCivR 7.1, Colorado, via counsel for petitioner-intervenor Gunnison County, attempted to confer via email with counsel for defendants U.S. Fish and Wildlife Service, Daniel Ashe, and Sally Jewell ("Federal Defendants") regarding this motion. Gunnison County first sent an email to all parties in the case on Friday July 13th requesting their position on the motion and subsequently sent a second email on Tuesday July 17th to all parties, requesting a response by the end of that day. Counsel for Federal Defendants responded on July 17th that they would not be able to state a position on the motion until the week of July 23rd. Having made a good faith effort to confer with counsel for Federal Defendants, and because Colorado has a strong interest in correcting the contents of the docket and the ECF notification list for this case as soon as possible, and further because this motion does not involve a contested issue of law, Colorado is filing this motion without a response from Federal Defendants.

In addition, Colorado, via counsel for petitioner-intervenor Gunnison County, contacted all petitioner-intervenors and defendant-intervenors in the case. Although these parties are no longer listed on the docket or the ECF list for this case, restoring them to the docket and ECF list is one of the goals of this motion, and consequently Colorado conferred with them as a courtesy. Petitioner-intervenors Gunnison County, Colorado, the Gunnison County Stockgrowers, the

State of Utah, and San Juan County, Utah all support this motion. Counsel for defendant intervenors WildEarth Guardians, Clait E. Braun, the Center for Biological Diversity, and Western Watersheds project indicated that they supported the motion in principle, but requested that it be revised to include additional documents that were filed *only* in one of the two cases that were stayed by stipulation of the parties and have been administratively closed (1:15-cv-00130 and 1:15-cv-00131). Because these documents were filed neither in case 00286 nor in "all consolidated cases," but rather bear the notation *"This document relates to Civil Action No. 1:15-cv-131,"* or *"This document relates ONLY to Civil Action No. 1:16-cv-00130,"* cases which have been stayed and administratively closed, Colorado declined to include the additional documents in its request.

        CYNTHIA H. COFFMAN
        Attorney General

        */s/ Lisa A. Reynolds*
        FREDERICK R. YARGER
        Solicitor General
        LISA A. REYNOLDS
        First Assistant Attorney General
        Ralph L. Carr Colorado Judicial Center
        1300 Broadway, 7th Floor
        Denver, Colorado 80203
        Telephone: (720) 508-6252
        E-Mail: lisa.reynolds@coag.gov

*Counsel for Petitioner State of Colorado*