**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 15-cv-00286-LTB-STV

THE STATE OF COLORADO, by and through the Colorado Department of Natural Resources, the Division of Parks and Wildlife, and the Parks and Wildlife Commission,

      Plaintiff,

v.

UNITED STATES FISH AND WILDLIFE SERVICE,
DANIEL ASHE, in his official capacity as Director of the United States Fish and Wildlife Service, and
SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior,

      Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


      Plaintiff has filed a Motion for Transfer of Documents from the Consolidated Lead Case, Civil Action No. 1:15-cv-00130, to Civil Action No. 1:15-cv-00286 and for Restoration of Parties to Docket for 1:15-cv-00286 and to ECF List for that Case (Doc 22 - filed July 20, 2018). Defendants have up to and including **August 13, 2018** to file a response. Plaintiff has up to and including **August 27, 2018** to file a reply.


Dated:   July 23, 2018
_____