**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-00286-CMA

THE STATE OF COLORADO by and through the Colorado Department of Natural Resource, the Division of Parks and Wildlife, and the Parks and Wildlife Commission,

Plaintiff,

v.

UNITED STATES FISH AND WILDLIFE SERVICE,
JAMES KURTH, in his official capacity as acting Director of the United States Fish and Wildlife Service,
RYAN ZINKE, in his official capacity as Secretary of the United States Department of the Interior,

Defendants.[1]

---

ENVIRONMENTAL DEFENDANT-INTERVENORS' OPPOSED SEPARATE MOTION FOR TRANSFER OF DOCUMENTS FROM THE CONSOLIDATED LEAD CASE, CIVIL ACTION NO. 1:15-CV-130 TO CIVIL ACTION NO. 1:15-CV-286, AND FOR RESTORATION OF PARTIES TO DOCKET FOR 1:15-CV-286.

---

Environmental Defendant-Intervenors, WildEarth Guardians and Dr. Clait E. Braun (collectively, "Guardians") and the Center for Biological Diversity and Western Watersheds Project (collectively, "the Center"), hereby move to transfer the filings described in ¶ 10, *infra*, from Civil Action No. 1:15-cv-130 to Civil Action No. 1:15-cv-286 and to restore Petitioner-Intervenors and Environmental Defendant-Intervenors to party status in Civil Action No. 1:15-cv-286.  Petitioner, the State of Colorado

---

[1] Pursuant to Fed. R. Civ. P. 25(d), James Kurth, Acting Director of the U.S. Fish & Wildlife Service, and Ryan Zinke, Secretary of the U.S. Department of the Interior, are substituted in their official capacities for Respondents Daniel M. Ashe and Sally M.K. Jewell.

MOTION TO TRANSFER—1

("Colorado") has filed a separate, substantially similar, motion, ECF No. 22. Environmental Defendant-Intervenors conferred with Petitioner and Petitioner-Intervenors pursuant to D.C.COLO.LCivR 7.1(a), and they oppose this motion.

In support of their Motion, Environmental Defendant-Intervenors state the following:

1. On November 20, 2014, the U.S. Fish & Wildlife Service ("the Service") listed the Gunnison sage-grouse (*Centrocercus minimus*) as a threatened species (79 Fed. Reg. 69,192 (Nov. 20, 2014)) pursuant to the Endangered Species Act, 16 U.S.C. §§ 1531-1544 ("the Act"). At the same time, the Service also designated 1.4 million acres of lands in Colorado and Utah as Critical Habitat for the species. 79 Fed. Reg. 69,312 (Nov. 20, 2014).

2. Environmental Defendant-Intervenors filed separate lawsuits on January 20, 2015, Civil Action Nos. 1:15-cv-130 (the Center) and 1:15-cv-131 (Guardians), challenging the Service's Gunnison sage-grouse decisions as unlawful for failing to list the species as endangered, and for failing to designate sufficient critical habitat for the species.

3. On February 10, 2015, Colorado filed a third separate lawsuit, Civil Action No. 1:15-cv-286, challenging the Service's Gunnison sage-grouse decisions as unlawful because Colorado claimed the species did not warrant protection under the Act, and that the critical habitat designation was fatally flawed.

4. On April 30, 2015, a Joint Motion to Consolidate was filed in the Gunnison sage-grouse lawsuits. *See* 1:15-cv-130, ECF No. 13; 1:15-cv-131, ECF No. 14; 1:15-

cv-286, ECF No. 8. The Court entered an Order on May 1, 2015 consolidating the Gunnison sage-grouse lawsuits. *See* 1:15-cv-130, ECF No. 12; 1:15-cv-131, ECF No. 16; and 1:15-cv-286, ECF No. 10.

5. On May 15, 2015, the Court entered an order identifying 1:15-cv-130 as the "Lead Case" and specifying case caption and filing procedures in the consolidated actions. The order further directed that all subsequent filings in any of the three consolidated cases should be filed in the Lead Case, Civil Action No. 1:15-cv-130. *See* 1:15-cv-130, ECF No. 18; 1:15-cv-131, ECF No. 20; 1:15-cv- 286, ECF No. 13. From that date until April 30, 2018, all documents in the consolidated litigation were filed under the Lead Case, Civil Action No. 1:15-cv-130.

6. Parties sought and were granted intervention in the consolidated cases as follows:

   a. On May 8, 2015, the Gunnison County Board of County Commissioners and the County of Gunnison, Colorado (collectively, "Gunnison Intervenors") sought to intervene as defendants in Civil Action No. 1:15-cv-130. *See* 1:15-cv-130, ECF No. 14. The Court granted that motion. 1:15-cv-130, ECF No. 15.

   b. On June 29, 2015, Gunnison Intervenors sought to intervene as plaintiffs in Civil Action No. 1:15-cv-286. *See* 1:15-cv-130, ECF No. 23. The Court granted that motion. 1:15-cv-130, ECF No. 24.

   c. On July 30, 2015, Guardians sought to intervene as defendants in Civil Action No. 1:15-cv-286. 1:15-cv-130, ECF No. 28. The Court granted that

motion.  1:15-cv-130, ECF No. 29.

d. On August 3, 2015, Colorado sought to intervene as defendant in Civil Action No. 1:15-cv-130.  1:15-cv-130, ECF No. 33.  The Court granted that motion.  1:15-cv-130, ECF No. 42.

e. On August 3, 2015, the State of Utah and San Juan County (collectively "Utah") sought to intervene as plaintiffs in Civil Action No. 1:15-cv-286. 1:15-cv-130, ECF No. 34.  The Court granted that motion.  1:15-cv-130, ECF No. 44.

f. On August 3, 2015, the Center sought to intervene as defendants in Civil Action No. 1:15-cv-286.  1:15-cv-130, ECF No. 36.  The Court granted that motion.  1:15-cv-130, ECF No. 46.

g. On August 3, 2015, Colorado sought to intervene as defendant in Civil Action No. 1:15-cv-131.  1:15-cv-130, ECF No. 50.  The Court granted that motion.  1:15-cv-130, ECF No. 51.

As a result of these filings, Utah, and Gunnison Intervenors became Petitioner-Intervenors, and Guardians and the Center became Defendant-Intervenors, in Colorado's suit, Civil Action No. 1:15-cv-286.  Colorado and Gunnison Intervenors became a Defendant-Intervenors in the Center's suit, Civil Action No. 1:15-cv-130. Colorado became a Defendant-Intervenor in Guardians' suit, Civil Action No. 1:15-cv-131.

7. On April 24, 2018, Environmental Defendant-Intervenors and the Service filed a stipulation to stay Civil Action Nos. 1:15-cv-130 and 1:15-cv-131.  On April 30,

2018, the Court entered an order acknowledging the stipulation, administratively closing those two cases (Civil Action Nos. 1:15-cv- 130 and 1:15-cv-131) and severing the remaining active case (Civil Action No. 1:15-cv-286).  The Court's order vacated the previous order of consolidation as to Civil Action No. 1:15-cv-286 and ordered that all further filings should be filed under that case number. *See* 1:15-cv-130, ECF No. 176; 1:15-cv-131, ECF No. 27; 1:15-cv-286, ECF No. 19.

8. As a consequence of severing Civil Action No. 1:15-cv-286 and closing Civil Action Nos. 1:15-cv-130 and 1:15-cv-131, the parties that had been granted intervention in Civil Action No. 1:15-cv-286 were dropped from the docket as parties and stopped receiving ECF notification of filings in Civil Action No. 1:15-cv-286. Environmental Intervenors did not become aware that they had ceased receiving ECF notification of filings until they were notified by Colorado of the administrative error.

9. In addition, filings relevant to Civil Action No. 1:15-cv-286 were never transferred from Civil Action No. 1:15-cv-130 to Civil Action No. 1:15-cv-286.

10. Environmental Defendant-Intervenors therefore request that the following filings (including all associated attachments and supporting materials) be transferred to Civil Action No. 1:15-cv-286, to aid the Court's resolution of this matter:

13, 16, 17, 18, 19, 20, 21, 22, 23, 24, 41, 27, 28, 29, 30, 31, 32, 34, 35, 36, 37, 38, 40, 44, 45, 46, 47, 48, 49, 53, 54, 55, 56, 57, 58, 59, 60, 61, 62, 63, 64, 65, 66, 67, 68, 70, 71, 72, 73, 74, 75, 76, 77, 78, 80, 81, 82, 83, 84, 85, 86, 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 103, 104, 105, 106, 107, 108, 109, 111, 112, 113, 114, 119, 120, 121, 122, 123, 124, 125, 126, 127, 130, 131, 132, 133, 134, 135, 136, 137, 138, 140, 141,

142, 143, 145, 146, 147, 148, 149, 150, 151, 152, 153, 154, 155, 156, 157, 158, 159, 160, 161, 162, 164, 166, 167, 168, 169, 170, 171, 172, 174, 176.

11.  Colorado identified each of these documents as relevant to Civil Action No. 1:15-cv-286, except for two, ECF Nos. 142 and 145. *See* Motion ¶ 9, 1:15-cv-286, ECF No. 22. ECF Nos. 142 and 145 are Environmental Defendant-Intervenors' opening briefs filed in Civil Action Nos. 1:15-cv-130 and 1:15-cv-131, and each was incorporated by reference in their Combined Response Brief in this matter. *See* 1:15-cv-130, ECF No. 157. Environmental Defendant-Intervenors' opening briefs address the same listing and critical habitat rules for the Gunnison sage-grouse that Colorado and Petitioner-Intervenors challenge in Civil Action No. 1:15-cv-286. Environmental Defendant-Intervenors' opening briefs provide factual and legal background critical to resolving Civil Action No. 1:15-cv-286, and are necessary to the Court's adjudication of this matter because Environmental Defendant-Intervenors refer to them and incorporate them by reference in their Combined Response Brief. *See* 1:15-cv-130, ECF No. 157. Thus, including Environmental Defendant-Intervenors' Opening Briefs in Civil Action No. 1:15-cv-286 is necessary to complete the record before the Court.

12.  Without the relief requested, the Court will not have the essential filings before it and Petitioner-Intervenors and Defendant-Intervenors will be excluded from notice and participation in Civil Action No: 1:15-cv-286.

Accordingly, Environmental Defendant-Intervenors request that this Court enter an order directing the Court's administration to transfer all documents identified in paragraph 9 herein from Civil Action No. 1:15-cv-130 to Civil Action No. 1:15-cv-286.

Further, Environmental Defendant-Intervenors also request that all parties granted intervention in Civil Action No. 1:15-cv-286 be listed and included in Civil Action No. 1:15-cv-286 for future ECF filings.

RESPECTFULLY submitted this 6th day of August, 2018.

<u>/s/ Talasi B. Brooks</u>
Talasi B. Brooks
Todd C. Tucci
Laird J. Lucas
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise ID 83701
Tel: (208)342-7024
tbrooks@advocateswest.org
ttucci@advocateswest.org
llucas@advocateswest.org

*Attorneys for Defendant-Intervenors WildEarth Guardians and Dr. Clait E. Braun*

<u>/s/ Amy Rae Atwood</u>
Amy Rae Atwood
Ryan Adair Shannon
*Center for Biological Diversity*
P.O. Box 11374
Portland, OR 97211
Tel: (503) 283-5474
atwood@biologicaldiversity.org
rshannon@biologicaldiversity.org

Kevin J. Lynch
*University of Denver-Sturm College of Law*
2255 East Evans Avenue Suite 335
Denver, CO 80208-0632
Tel: (303) 871-6140
klynch@law.du.edu

William Stewart Eubanks, II
*Meyer Glitzenstein & Eubanks LLP*

MOTION TO TRANSFER—7

3206 Norwood Court Unit 7-240 Fort Collins, CO 80525
Tel: (970) 703-6060
beubanks@meyerglitz.com

*Counsel for Petitioners Center for Biological Diversity and Western Watersheds Project*

MOTION TO TRANSFER—8