**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-00286-CMA-STV

THE STATE OF COLORADO by and through the Colorado Department of Natural Resource, the Division of Parks and Wildlife, and the parks and Wildlife Commission,

    Plaintiff,

v.

UNITED STATES OF FISH AND WILDLIFE SERVICE,
JAMES KURTH, in his official capacity as acting Director of the United States Fish and Wildlife Service,
RYAN ZINKE, in his official capacity as Secretary of the United States Department of the Interior,

    Defendants.

_____

GUNNISON COUNTY BOARD OF COUNTY COMMISSIONERS,
GUNNISION COUNTY, COLORADO,
GUNNISON COUNTY STOCKGROWERS' ASSOCIATION, INC,
THE STATE OF UTAH, and
SAN JUAN COUNTY, UTAH,

    Plaintiff-Intervenors,

v.

DR. CLAIT E. BRAUN,
WILDEARTH GUARDIANS, and
CENTER FOR BIOLOGICAL DIVERSITY,
WESTERN WATERSHEDS PROJECTS,

    Defendant-Intervenors.

_____

**xxxxxxxxx**

_____