**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-cv-00286-CMA-STV

THE STATE OF COLORADO by and through the Colorado Department of Natural Resource, the Division of Parks and Wildlife, and the Parks and Wildlife Commission,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF GUNNISON, COLORAD, and
GUNNISION COUNTY STOCKGROWERS' ASSOCIATION, INC.,

    Plaintiff-Intervenors, and

THE STATE OF UTAH, and
SAN JUAN COUNTY, UTAH,

    Plaintiff-Intervenors,

v.

UNITED STATES FISH AND WILDLIFE SERVICE,
JAMES KURTH, in his official capacity as acting Director of the United States Fish and Wildlife Service, and
RYAN ZINKE, in his official capacity as Secretary of the United States Department of the Interior,

    Defendants,

WILDEARTH GUARDIANS, and
DR. CLAIT E. BRAUN,

    Defendant-Intervenors, and

CENTER FOR BIOLOGICAL DIVERSITY, and
WESTERN WATERSHEDS PROJECT,

    Defendant-Intervenors.

**ORDER**
_____